STEPHANIE M. HINDS (CABN 154284)
United States Attorney

> **FILED**
>
> Sep 09 2022
>
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR22-345 TLT |
| Plaintiff, | **VIOLATIONS:** 26 U.S.C. § 7201 – Tax Evasion (5 counts) |
| v. | |
| RODRIGO SANTOS, | SAN FRANCISCO VENUE |
| Defendant. | |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (26 U.S.C. § 7201 – Tax Evasion)

During the calendar year 2015, in the Northern District of California, and elsewhere, the defendant,

RODRIGO SANTOS,

a resident of San Francisco, California, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2015, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.  On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2015 was $79,991.00 and that the amount of tax due and owing was $11,505.00.  In fact,

INFORMATION

as the defendant knew, his and his spouse's joint taxable income for the calendar year 2015 was greater than the amount reported on the tax return, and because of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

COUNT TWO:        (26 U.S.C. § 7201 – Tax Evasion)

During the calendar year 2016, in the Northern District of California, and elsewhere, the defendant,

RODRIGO SANTOS,

a resident of San Francisco, California, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2016, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.  On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2016 was $152,947.00 and that the amount of tax due and owing was $33,546.00.  In fact, as the defendant knew, his and his spouse's joint taxable income for the calendar year 2016 was greater than the amount reported on the tax return, and because of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

COUNT THREE:        (26 U.S.C. § 7201 – Tax Evasion)

During the calendar year 2017, in the Northern District of California, and elsewhere, the defendant,

RODRIGO SANTOS,

a resident of San Francisco, California, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2017, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.  On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2017 was $178,404.00 and that the amount of tax due and owing was $40,842.00.  In fact,

INFORMATION                         2

as the defendant knew, his and his spouse's joint taxable income for the calendar year 2017 was greater than the amount reported on the tax return, and because of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

COUNT FOUR:          (26 U.S.C. § 7201 – Tax Evasion)

During the calendar year 2018, in the Northern District of California, and elsewhere, the defendant,

RODRIGO SANTOS,

a resident of San Francisco, California, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2018, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.  On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2018 was $238,479.00 and that the amount of tax due and owing was $45,735.00.  In fact, as the defendant knew, his and his spouse's joint taxable income for the calendar year 2018 was greater than the amount reported on the tax return, and because of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

COUNT FIVE:          (26 U.S.C. § 7201 – Tax Evasion)

During the calendar year 2019, in the Northern District of California, and elsewhere, the defendant,

RODRIGO SANTOS,

a resident of San Francisco, California, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2019, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.  On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2019 was $336,127.00 and that the amount of tax due and owing was $75,288.00.  In fact,

INFORMATION                                    3

1  as the defendant knew, his and his spouse's joint taxable income for the calendar year 2019 was greater

2  than the amount reported on the tax return, and because of such additional taxable income, there was

3  substantial additional tax due and owing to the United States of America.

4

5  DATED:  September 9, 2022                          STEPHANIE M. HINDS
                                                      United States Attorney
6

7                                                     _Casey Boome_
                                                      _____
8                                                     CASEY BOOME
                                                      Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                              4