1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627

7 | FAX: (415) 436-7234
Email: casey.boome@usdoj.gov

8

Attorneys for United States of America

**FILED**

Nov 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NOS.** CR 22-345-SI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER SETTING CONDITIONS OF RELEASE |
| v. | ) | |
| RODRIGO SANTOS, | ) | |
| Defendant. | ) | |

STIPULATION AND [PROPOSED] ORDER
NO. CR 22-345-SI

1   On October 5, 2022, the defendant, Rodrigo Santos, was arraigned on Criminal Information CR-21-345-SI, alleging five counts of Tax Evasion in violation of 26 U.S.C. § 7201.  The defendant has two open matters pending in district court under Indictment numbers CR-21-345-SI and CR-21-268-SI.  At the defendant's arraignment, the parties jointly requested that the Court order that the defendant's conditions of release and unsecured bond imposed in case number CR-21-268-SI (see dkt. no. 3, *Order Setting Conditions of Release and Unsecured Bond, May 12, 2020*) shall also apply to the above-captioned matter.  The parties hereby stipulate that the conditions of release and bond in CR-21-268-SI are sufficient to ensure the defendant's appearance at all future proceedings in the above-captioned matter.  As such, the parties respectfully request that this Court issue and Order applying the conditions of release and bond imposed in case number CR-21-268-SI to the above-captioned matter.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  November 2, 2022 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | */s/*<br>CASEY BOOME<br>Assistant United States Attorney |
| DATED:  November 2, 2022 | */s/*<br>RANDALL KNOX<br>Counsel for Defendant |

STIPULATION AND [PROPOSED] ORDER
NO. CR 22-345-SI

[~~PROPOSED~~] ORDER

Based on the stipulation of the parties and for the reasons stated at the defendant's arraignment, the Court HEREBY ORDERS that the defendant shall remain out of custody subject to the conditions of release and unsecured bond set in *United States v. Rodrigo Santos*, CR-21-268-SI.

IT IS SO ORDERED.

DATED: November 2, 2022

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 22-345-SI