UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 27, 2023 | **Time:** 11:26 – 11:48  22 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 21-cr-00268-SI-1 | **Case Name:** United States v. Rodrigo Santos | |
| **Case No.**: 21-cr-00453-SI-2 | **Case Name:** United States v. Rodrigo Santos | |
| **Case No.**: 22-cr-00345-SI-1 | **Case Name:** United States v. Rodrigo Santos | |
| **Case No.**: 21-cr-00453-SI-1 | **Case Name:** United States v. Bernard Curran | |

**Attorney for Government:** Casey Boome
**Attorney for Defendant:** Randall Knox, Philip Kearney
**Defendants:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Stephen Franklin |
| **Interpreter:** n/a | **Probation Officer:** n/a |

### PROCEEDINGS

Restitution Hearing – Held.

### SUMMARY

Defendants were present.  The Court questioned the Government.  The Government indicated that it had a Witness present who could testify and provide first hand knowledge of the audit process in order to address Defendants' objections and questions regarding the audit.  The Court set a further specially set hearing to allow adequate time for the Defendants' counsel to prepare for the Witnesses' testimony and for the Witness to testify.

CASE CONTINUED TO: **11/2/2023 at 1:30 p.m. for Continued In-Person restitution hearing.**